UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| EZRIEL RAPAPORT, etc., | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-935-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| AVI SOFFER, etc., *et al.*, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter is before the Court on a Notice of New Counsel filed by Defendant and Counterclaimant Avi Soffer (#45).

The Court having reviewed the Notice (#45) finds that it is incorrectly titled. This document should be styled as a Substitution of Counsel. Further, the Court finds that former counsel has failed to sign this document as required by the rules. Therefore,

IT IS HEREBY ORDERED that the Notice of New Counsel filed by Defendant and Counterclaimant Avi Soffer (#45) is **DENIED**.

DATED this   13th   day of October, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge