# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EZRIEL RAPAPORT,<br><br>      Plaintiff,<br><br>v.<br><br>AVI E. SOFFER,<br><br>      Defendant. | Case No. 2:10-CV-00935-KJD-RJJ<br><br>**ORDER** |

   Before the Court is the Motion to Strike or Dismiss the Third Party Complaint (#51) filed by Plaintiff/Third-Party Defendant Ezriel Rapaport, trustee of the Rapaport 2006 Grantor Trust's. No opposition has been filed.

   Defendant/Counterclaimant/ Third-Party Plaintiff's opposition was due December 1, 2011. Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion." The Court has examined the Motion and finds that it has merit because, *inter alia*, Mr. Soffer failed to seek the proper leave of the Court.

   Accordingly, **IT IS HEREBY ORDERED** the Motion to Motion to Strike or Dismiss the Third Party Complaint (#51) is **GRANTED**.

   DATED this 9th day of December 2011.

                                                                                  _____
                                                                                  Kent J. Dawson
                                                                                  United States District Judge