UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EZREIEL RAPAPORT, as Trustee of the RAPAPORT 2006 GRANTO TRUST,<br><br>Plaintiff,<br>v.<br><br>AVI SOFFER, an individual; DOES 1 through 5 and ROE BUSINESS ENTITIES 1 through 5 inclusive,<br><br>Defendants. | Case No. 2:10-cv-00935-MMD-NJK<br><br>Consolidated with:<br>Case No. 2:12-cv-00057-MMD-RJJ<br><br>ORDER |

Defendant/Counterclaimant Avi Soffer filed a Suggestion of Bankruptcy to notify the Court that he has filed a petition for bankruptcy under Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida.  (*See* dkt. no. 103.)  Accordingly, this consolidated case is stayed pending resolution of Defendant/Counterclaimant's bankruptcy or until the automatic stay is lifted.

Pursuant to the Court's Standing Order, all pending motions (Case No. 2:10-cv-00935-MMD-NJK, dkt. no. 97; Case No. 2:12-cv-00057-MMD-NJK, dkt. nos. 8, 12, 13, 23) in the consolidated cases are DENIED WITHOUT PREJUDICE.  When the stay is lifted, any party may move to reinstate the previously pending motions.

The Clerk is directed to administratively close this case.

DATED THIS 1st day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE