UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EZRIEL RAPAPORT, as Trustee of the RAPAPORT 2006 GRANTOR TRUST,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AVI SOFFER, an individual; DOES 1 through 5 and ROE BUSINESS ENTITIES 1 through 5 inclusive,<br><br>　　　　　　　Defendants. | 2:10-cv-935-MMD-RJJ<br><br>Consolidated with:<br>2:12-cv-57<br><br>**O R D E R** |

　　　This matter is before the court on the Motion to Withdraw as Counsel for Defendant/Counterclaimant Avi Soffer (Dkt. #110) filed May 23, 2013. Trevor J. Hatfield, Esq. and Michelle M. Jones, Esq. ("Counsel") seek to withdraw as counsel of record for Defendant/Counterclaimant Avi Soffer.  The Motion represents that the Defendant's bankruptcy filing precludes Counsel from further representation of the Defendant in this matter. Additionally, Counsel states that the relationship between Counsel and Defendant has deteriorated to the point where Counsel can no longer represent the Defendant.  Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." There is no trial date in this matter and no party has filed an opposition to the Motion to Withdraw or indicated that any delay may result from withdrawl.

...

...

...

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw – (Dkt. #110) is GRANTED.

2. Plaintiff shall have until **July 11, 2013,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will be proceeding *pro se.*

3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Defendant/Counterclaimant Avi Soffer at:

   10396 W. DR 84 Suite 104
   Davie, FL 33324

Dated June 11, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge