UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EZREIEL RAPAPORT, as Trustee of the RAPAPORT 2006 GRANTO TRUST,<br><br>Plaintiff,<br>v.<br><br>AVI SOFFER, an individual; DOES 1 through 5 and ROE BUSINESS ENTITIES 1 through 5 inclusive,<br><br>Defendants. | Case No. 2:10-cv-00935-MMD-NJK<br><br>Consolidated with:<br>Case No. 2:12-cv-00057-MMD-RJJ<br><br>ORDER |

On February 1, 2013, the Court previously stayed proceedings in these cases pending resolution of Defendant/Counterclaimant Avi Soffer's bankruptcy petition or a lifting of the automatic stay. (*See* dkt. no. 104.) The Court denied without prejudice numerous pending motions in both cases, and instructed the parties to seek their reinstatement when the stay is lifted.

Plaintiff Ezriel Rapaport now moves to lift the stay based on the bankruptcy court's Order Granting Creditor Ezriel Rapaport's Motion for Relief from the Automatic Stay. (*See* dkt. nos. 109, 112.) Rapaport also seeks to reinstate the previously denied motions.

Good cause appearing, Rapaport's Motion to Reinstate Motions (dkt. no. 112) is GRANTED. The stay of this proceeding is now LIFTED. Responses to Soffer's Objection to the Magistrate Judge's Report and Recommendation (dkt. no. 102) are due within fourteen (14) days from the entry of this Order. With respect to the remaining undecided motions, the parties are to file a joint status report within fourteen (14) days

of from the entry of this Order outlining the status of this case, the progress of discovery, and all undecided motions that require Court attention.

IT IS SO ORDERED.

Dated this 17th day of June 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE