MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
8670 W. Cheyenne Ave., Suite 120
Las Vegas, Nevada 89129
T: (702) 979-9047
F: (702) 554-3858
mpl@lovatolaw.com
Attorney for Plaintiff / Counterdefendants /
Defendants in Case No. 2:12-CV-57

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EZRIEL RAPAPORT, as Trustee of the RAPAPORT 2006 GRANTOR TRUST,<br><br>     Plaintiff,<br><br>v.<br><br>AVI SOFFER, an individual; DOES 1 through 5; and ROE BUSINESS ENTITIES 1 through 5 inclusive,<br><br>     Defendants.<br>_____<br>AVI SOFFER, an individual,<br><br>     Counterclaimant,<br><br>v.<br><br>RAPAPORT 2006 GRANTOR TRUST; MARTIN RAPAPORT, an individual,<br><br>     Counterdefendants<br>_____<br>AVI SOFFER, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>EZRIEL RAPAPORT, an individual; MARTIN RAPAPORT, an individual; SAVILLE STERN, an individual; SHERI HENDRICKS, an individual; and RICHARD FERBER, an individual; DOES I through X; and ROE ENTITIES I through X,<br><br>     Defendants.<br>_____ | CASE NO. 2:10-CV-935-JAD-NJK<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CASE NO. 2:12-CV-57<br>(Consolidated with No. 2:10-CV-935) |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS STIPULATED AND AGREED by and between all the parties in the above-referenced litigation, through their respective counsel, that all claims for relief by any and all parties against any and all of the other parties in the above-referenced case (more specifically, the Complaint filed by Ezriel Rapaport in Case No. 2:10-CV-935, the Counterclaim filed by Avi Soffer in Case No. 2:10-CV-935, the Third Party Complaint filed by Avi Soffer in Case No. 2:10-CV-935 that was dismissed by the Court, and the independent action Complaint filed by Avi Soffer in Case No. 2:12-CV-57) be DISMISSED WITH PREJUDICE, that the parties shall bear their own respective attorney fees and costs, and that the Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

This Stipulation does not dismiss any and all Order(s) in this action that grant sanctions, attorney fees, costs, or other amounts to Ezriel Rapaport (and related parties represented by Mario P. Lovato, Esq.) and against Efrem Rosenfeld, Esq. and/or the law firm of Rosenfeld & Bauman (or similarly-named law firm), as Mr. Rosenfeld and the law firm of Rosenfeld & Bauman are not parties to this Stipulation.

DATED: March 12, 2014.

LOVATO LAW FIRM, P.C.

/s/ Mario Lovato
MARIO P. LOVATO, ESQ.
Nevada Bar No. 7427
8670 W. Cheyenne Ave. Ste 120
Las Vegas, NV 89129
Attorney for the Plaintiff /
Counterdefendants /
Defendants in Case No. 2:12-CV-57

DATED: March 12, 2014.

SHUMWAY, VAN & HANSEN

/s/ Robert Ryan
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
ROBERT A. RYAN, ESQ.
Nevada Bar No. 12084
8985 S. Eastern Ave. Ste 100
Las Vegas, NV 89123
Attorneys for Avi Soffer

**ORDER**

IT IS SO ORDERED.

DATED: March __13__, 2014.

_____
UNITED STATES DISTRICT JUDGE

2